# AMENDMENT COVER SHEET

DEBTOR LAST NAME **Henke**

CASE NUMBER **12-21244-MLB**          CHAPTER **7**

ATTORNEY FOR DEBTOR **Sheila M. O'Sullivan**     PHONE **206-325-6022**

## PLEASE CHECK WHAT IS BEING AMENDED

**PLEASE INDICATE WHICH SCHEDULE IS BEING AMENDED - *ONLY ONE $26.00 FEE REQUIRED IF AMENDMENT CONTAINS MORE THAN ONE CHANGE TO THE SCHEDULES AND LIST OF CREDITORS.**

**SUBMIT ORIGINAL ONLY – NO COPIES REQUIRED**

☐ 1. **PETITION:** Change debtor(s) name requires Motion and Ex Parte Order (No fee required)

☐ 2. **MATRIX:** Adding, Deleting Creditors (Requires $26 Fee)

> No fee is required when the nature of the amendment is to change the address of a creditor or an attorney for a creditor listed on the schedules or to add the name and address of an attorney for a listed creditor.

When submitting an amended Matrix, send Matrix with **ONLY** the amended creditors.

☑ 3. **SCHEDULES:** B, C

> D, E, F (Requires $26 fee - *No Fee required for Chapter 13 cases, LBR 1009-1(c)(3))
>
> A fee is charged to add creditors, delete creditors, change the amount of a debt, or change the classification of a debt.
>
> A, B, C, G, H, I, J, (No fee required)

☑ 4. **AMENDING AMOUNTS/TOTALS OF SCHEDULES:** B, C

> D, E, F (Requires $26 fee - *No Fee required for Chapter 13 cases, LBR 1009-1(c)(3))
>
> A, B, C, G, H, I, J, (No fee required)

**5. STATEMENT OF FINANCIAL AFFAIRS** (No fee required)

It is the responsibility of the debtor to notify additional creditors by sending a section 341 meeting of creditors notice and/or Discharge Order to the individuals or companies added to the schedules/matrix. A certificate of mailing in regard to this notification filed with the Clerk's office is appropriate. If the case presently is closed a Motion To Reopen, Notice of Hearing, Proposed Order and Proof of Service, a filing fee, and the amendment fee must accompany the amendment.

_/s/ signature_
Signature of Debtor

IN RE Henke, Brenda Ann & Henke, Mark Allen                               Case No. **12-21244-MLB**
               Debtor(s)                                                              (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BECU Checking 9184 | C | 52.26 |
| | | BECU checking acct. 7051 | H | 116.55 |
| | | BECU Early Saver Acct. 9176 | C | 5.04 |
| | | BECU Member Advantage Acct 5089 | H | 5.10 |
| | | BECU Member Advantage Acct 8386 | W | 2,252.33 |
| | | BECU Member Advantage acct. 5097 | H | 3,174.97 |
| | | BECU Money Market Acct. 8394 | W | 0.00 |
| | | BECU Savings Acct. 0980 | C | 5.00 |
| | | BECU savings acct. 8378 | W | 213.43 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | C | 2,000.00 |
| 7. Furs and jewelry. | | Wedding Ring | C | 5,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Hartford 401K | H | 23,000.00 |
| | | Vanguard | W | 64,000.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **5th Avenue Properties, LLC (sole asset is property located at 822 5th St., Cheney, WA 99004 - Wife is 25% owner; valued at $150K; mortage is $140k)** | | **2,500.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Toyota Corolla** <br> **2006 Range Rover** <br> **2012 Nissan Altima** | | **1,500.00** <br> **25,818.00** <br> **17,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | | **Mini Goldendoodle** | C | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **IRS Set Off for 2007 Taxes** | C | 7,620.00 |

                                                                                                             **TOTAL**    **154,262.68**

__0__ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (04/10)**

**IN RE** Henke, Brenda Ann & Henke, Mark Allen          Case No. **12-21244-MLB**
                    Debtor(s)                                                    (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **BECU Checking 9184** | **11 USC § 522(d)(5)** | 52.26 | 52.26 |
| **BECU checking acct. 7051** | **11 USC § 522(d)(5)** | 116.55 | 116.55 |
| **BECU Early Saver Acct. 9176** | **11 USC § 522(d)(5)** | 5.04 | 5.04 |
| **BECU Member Advantage Acct 5089** | **11 USC § 522(d)(5)** | 5.10 | 5.10 |
| **BECU Member Advantage Acct 8386** | **11 USC § 522(d)(5)** | 2,252.33 | 2,252.33 |
| **BECU Member Advantage acct. 5097** | **11 USC § 522(d)(5)** | 3,174.97 | 3,174.97 |
| **BECU Savings Acct. 0980** | **11 USC § 522(d)(5)** | 5.00 | 5.00 |
| **BECU savings acct. 8378** | **11 USC § 522(d)(5)** | 213.43 | 213.43 |
| **Clothing** | **11 USC § 522(d)(3)** | 2,000.00 | 2,000.00 |
| **Wedding Ring** | **11 USC § 522(d)(4)** <br> **11 USC § 522(d)(5)** | 1,450.00 <br> 3,550.00 | 5,000.00 |
| **Hartford 401K** | **11 USC § 522(d)(12)** | 23,000.00 | 23,000.00 |
| **2000 Toyota Corolla** | **11 USC § 522(d)(2)** | 1,500.00 | 1,500.00 |
| **2006 Range Rover** | **11 USC § 522(d)(2)** | 818.00 | 25,818.00 |
| **IRS Set Off for 2007 Taxes** | **11 USC § 522(d)(5)** | 7,620.00 | 7,620.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*