# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re: § 

§ 

BRENDA HENKE § Case No. 12-21244

MARK HENKE §

§

_____Debtor(s)_____ §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL B. MCCARTY, TRUSTEE , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on               .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/MICHAEL B. MCCARTY, TRUSTEE _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Bank USA PO Box 901076 Fort Worth, TX 76101-2076 |  |  |  |  |  |
|  | NCB Management Services Inc. PO Box 1099 Langhorne, PA 19047 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nissan Motor Acceptance Corp 8900 Freeport Pkwy Irving, TX 75063 | | | | | |
| | JP MORGAN CHASE | | | | | |
| | PNC BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL B. MCCARTY | | | | | |
| MICHAEL B. MCCARTY | | | | | |
| City of Bellevue | | | | | |
| Law Office of Wanda Reif Nuxoll, PS | | | | | |
| Law Office of Wanda Reif Nuxoll, PS | | | | | |
| Paul Brunt LLC | | | | | |
| Seller Credit to Buyers | | | | | |
| Title Resources Guaranty | | | | | |
| Union Bank | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | | | | | |
| United States Treasury | | | | | |
| County Tax Credit | | | | | |
| King County Treasurer | | | | | |
| King County Treasurer | | | | | |
| RICHARD GINNIS | | | | | |
| RICHARD GINNIS | | | | | |
| Windermere Real Estate/East and Coldwell Banker Danforth | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arstrat 9800 Centre Parkway Houston, TX 77036 | | | | | |
| | Bank Of America PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Blackwell Recovery 4725 N. Scottsdale Rd. Sta. 300 Scottsdale, AZ 85251 | | | | | |
| | CCB Credit Services PO Box 272 Springfield, IL 62705-0272 | | | | | |
| | Chase PO Box 94014 Palatine, IL 60094-4014 | | | | | |
| | Citi Bank Cards PO Box 660370 Dallas, TX 75266-0370 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Interchange Receivables Mgt 80 Holtz Dr. Cheektowaga, NY 14225-1470 | | | | | |
| | Firstcource Advantage LLC 205 Bryant Woods South Amherst, NY 14228 | | | | | |
| | GC Services LTD 4330 Gulfton Houston, TX 85069 | | | | | |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Management Services Inc. PO Box 1099 Langhorne, PA 19047 | | | | | |
| | MRS 1930 Olney Ave. Cherry Hill, NJ 08003 | | | | | |
| | National Enterprise Systems 29125 Solon Rd. Solon, OH 44139-3442 | | | | | |
| | National Enterprise Systems 29125 Solon Rd. Solon, OH 44139-3442 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationwide Credit Inc. 2002 Summit Blvd Ste. 600 Atlanta, GA 30319 | | | | | |
| | Nationwide Credit Inc. 2002 Summit Blvd Ste. 600 Atlanta, GA 30319 | | | | | |
| | NCO Financial Systems PO Box 15391 Wilmington, DE 19850 | | | | | |
| | Nordstrom Bank Box 79137 Phoenix, AZ 85062-9137 | | | | | |
| | Professional Recovery Services PO Box 1880 Voorhees, NJ 08043 | | | | | |
| | Professional Recovery Services PO Box 1880 Voorhees, NJ 08043 | | | | | |
| | Raintree Vacation Club PO Box 29352 Phoenix, AZ 85038-9352 | | | | | |
| | Swedish Medical Center MS 23362674/PO Box 660064 Dallas, TX 75266-0064 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Visa PO Box 30066 Los Angeles, CA 90030 | | | | | |
| | World Vacation Trust I PO Box 51469 Los Angeles, CA | | | | | |
| 5 | Capital One Bank (Usa) N.A. | | | | | |
| 7 | American Express Bank FSB | | | | | |
| 8 | American Express Bank FSB | | | | | |
| 6 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 4 | DISCOVER BANK | | | | | |
| 10 | Ecast Settlement Corporation, Assignee | | | | | |
| 1 | Fia Card Services N. A. | | | | | |
| 2 | Fia Card Services N. A. | | | | | |
| 3 | Fia Card Services N. A. | | | | | |
| 9 | GE CAPITAL RETAIL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 12-21244 | MLB | Judge: | Marc Barreca | Trustee Name: | MICHAEL B. MCCARTY, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | BRENDA HENKE | | | | Date Filed (f) or Converted (c): | 11/06/2012 (f) |
| | MARK HENKE | | | | 341(a) Meeting Date: | 12/06/2012 |
| For Period Ending: | 10/18/2014 | | | | Claims Bar Date: | 08/22/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Rental property locate at 658 W. Lake Sammamish | 500,500.00 | 0.00 | | 686,000.00 | FA |
| 2. BECU checking acct. 7051 | 116.55 | 0.00 | | 0.00 | FA |
| 3. BECU checking acct. 8378 | 1,572.00 | 0.00 | | 0.00 | FA |
| 4. BECU Money Market | 0.00 | 0.00 | | 0.00 | FA |
| 5. BECU Savings Acct 8378 | 213.43 | 0.00 | | 0.00 | FA |
| 6. BECU savings acct. 7051 | 116.55 | 0.00 | | 0.00 | FA |
| 7. Clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Wedding Ring | 5,000.00 | 0.00 | | 0.00 | FA |
| 9. Hartford 401K | 23,000.00 | 0.00 | | 0.00 | FA |
| 10. Vanguard | 64,000.00 | 0.00 | | 0.00 | FA |
| 11. 5th Avenue Properties, LLC (sole asset is | 2,500.00 | 0.00 | | 0.00 | FA |
| 12. 2000 Toyota Corolla | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. 2006 Range Rover | 25,818.00 | 0.00 | | 0.00 | FA |
| 14. 2012 Nissan Altima | 17,000.00 | 0.00 | | 0.00 | FA |
| 15. Mini Goldendoodle | 0.00 | 0.00 | | 0.00 | FA |
| 16. IRS Set Off for 2007 Taxes | 7,620.00 | 0.00 | | 0.00 | FA |
| 17. BECU Checking 9184 | 52.26 | 0.00 | | 0.00 | FA |
| 18. BECU Early Saver Acct. 9176 | 5.04 | 0.00 | | 0.00 | FA |
| 19. BECU Member Advantage Acct 5089 | 5.10 | 0.00 | | 0.00 | FA |
| 20. BECU Member Advantage Acct 8386 | 2,252.33 | 0.00 | | 0.00 | FA |
| 21. BECU Member Advantage acct. 5097 | 3,174.97 | 0.00 | | 0.00 | FA |
| 22. BECU Savings Acct. 0980 | 5.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

|  | Gross Value of Remaining Assets |  |
| --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $656,451.23 | $0.00 | $686,000.00 | $0.00 |

Exhibit 8

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

I recently obtained an order approving a short sale.  This is complicated by the fact that there will be substantial capital gains tax on the sale.  I have preserved sufficient funds in the "carve out"or buyer's premium to pay the capital gains tax and a substantial amount. The first lien holder will be paid in full. The second will not and the sale will require its consent.  If the sale closes I will file a tax return, pay the tax due, review claims, obtain a claims order, prepare a final report and a trustee's distribution report.


RE PROP #      1   --    Pkwy N, Bellevue WA 98008 ($550 FMV less 9% costs of sale)

RE PROP #      11   --    property located at 822 5th St., Cheney, WA 99004 - Wife is 25% owner; valued at
                          $150K; mortage is $140k)

Initial Projected Date of Final Report (TFR): 04/24/2014          Current Projected Date of Final Report (TFR): 04/24/2014

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-21244

Case Name: BRENDA HENKE

MARK HENKE

Taxpayer ID No: XX-XXX9220

For Period Ending: 10/18/2014

Trustee Name: MICHAEL B. MCCARTY, TRUSTEE

Bank Name: Union Bank

Account Number/CD#: XXXXXX3812

Checking

Blanket Bond (per case limit): $90,360,079.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/03/14 | | Law Office of Wanda Nuxoll | Proceeds from Sale of Real Estate<br>Sales Price: $602,000.00<br>Buyer's Premium: $84,000.00 | | $84,000.00 | | $84,000.00 |
| | | | Gross Receipts $686,000.00 | | | | |
| | | JP MORGAN CHASE<br>JP Morgan Chase | First Mortgage Pay Off ($453,622.83) | 4110-000 | | | |
| | | PNC BANK<br>PNC Bank | Second Mortgage Payoff ($93,618.91) | 4110-000 | | | |
| | | Seller Credit to Buyers | Seller Credit to Buyer ($1,800.00) | 2500-000 | | | |
| | | Title Resources Guaranty | Owner's Title Policy ($1,680.83) | 2500-000 | | | |
| | | Windermere Real Estate/East and Coldwell Banker Danforth | Real Estate Commission ($36,120.00) | 3510-000 | | | |
| | | Law Office of Wanda Reif Nuxoll, PS | Settlement or Closing Fee ($937.50) | 2500-000 | | | |
| | | Law Office of Wanda Reif Nuxoll, PS | Reconveyance Tracking Fee ($100.00) | 2500-000 | | | |
| | | King County Treasurer | Local Excise Tax ($3,430.00) | 2820-000 | | | |
| | | King County Treasurer | State Excise Tax ($8,785.80) | 2820-000 | | | |
| | | City of Bellevue | Lienable Sewer & Water Utility ($1,600.00) | 2500-000 | | | |
| | | Paul Brunt LLC | Drywall Repair ($329.40) | 2500-000 | | | |
| | | County Tax Credit | County Tax Credit $25.27 | 2820-000 | | | |
| | 1 | | Rental property locate at 658 W. Lake Sammamish $686,000.00 | 1110-000 | | | |
| 02/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.68 | $83,899.32 |

Page Subtotals: $84,000.00 $100.68

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-21244
Case Name: BRENDA HENKE
                MARK HENKE

Taxpayer ID No: XX-XXX9220
For Period Ending: 10/18/2014

Trustee Name: MICHAEL B. MCCARTY, TRUSTEE
Bank Name: Union Bank
Account Number/CD#: XXXXXX3812
               Checking
Blanket Bond (per case limit): $90,360,079.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/25/14 | 101 | INTERNAL REVENUE SERVICE | Capital Gains Tax- Paid per Order dated 02/14/2014 | 2810-000 | | $17,510.00 | $66,389.32 |
| 02/25/14 | 102 | Internal Revenue Service | Capital Gains Tax- Paid per Order dated 02/14/2014 | 2810-000 | | $17,510.00 | $48,879.32 |
| 04/25/14 | | United States Treasury | Tax Refund | 2810-000 | | ($2,500.00) | $51,379.32 |
| 09/08/14 | 103 | MICHAEL B. MCCARTY 400 Warren Avenue, Suite 411 Bremerton, WA 98337 | Distribution | | | $24,061.02 | $27,318.30 |
| | | MICHAEL B. MCCARTY | Final distribution representing a payment of 100.00 % per court order. ($23,926.02) | 2100-000 | | | |
| | | MICHAEL B. MCCARTY | Final distribution representing a payment of 100.00 % per court order. ($135.00) | 2200-000 | | | |
| 09/08/14 | 104 | RICHARD GINNIS PO BOX 30081 Seattle, WA 98113 | Distribution | | | $1,578.30 | $25,740.00 |
| | | RICHARD GINNIS | Final distribution representing a payment of 100.00 % per court order. ($1,560.00) | 3410-000 | | | |
| | | RICHARD GINNIS | Final distribution representing a payment of 100.00 % per court order. ($18.30) | 3420-000 | | | |
| 09/08/14 | 105 | Fia Card Services N. A. Fia Card Services, N.A. 4161 Piedmont Parkway Nc4 105 03 14 Greensboro, Nc 27410 | Distribution | | | $13,055.65 | $12,684.35 |
| | | Fia Card Services N. A. | Final distribution to claim 1 representing a payment of 15.75 % per court order. ($2,084.33) | 7100-000 | | | |
| | | Fia Card Services N. A. | Final distribution to claim 2 representing a payment of 15.75 % per court order. ($8,044.02) | 7100-000 | | | |
| | | Fia Card Services N. A. | Final distribution to claim 3 representing a payment of 15.75 % per court order. ($2,927.30) | 7100-000 | | | |

Page Subtotals:      $0.00      $71,214.97

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-21244
Case Name: BRENDA HENKE
           MARK HENKE

Taxpayer ID No: XX-XXX9220
For Period Ending: 10/18/2014

Trustee Name: MICHAEL B. MCCARTY, TRUSTEE
Bank Name: Union Bank
Account Number/CD#: XXXXXX3812
Checking
Blanket Bond (per case limit): $90,360,079.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/14 | 106 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 4 representing a payment of 15.75 % per court order. | 7100-000 | | $76.89 | $12,607.46 |
| 09/08/14 | 107 | Capital One Bank (Usa) N. A.<br>Capital One Bank (Usa), N.A.<br>Po Box 12907<br>Norfolk Va 23541 | Final distribution to claim 5 representing a payment of 15.75 % per court order. | 7100-000 | | $37.15 | $12,570.31 |
| 09/08/14 | 108 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 6 representing a payment of 15.75 % per court order. | 7100-000 | | $221.45 | $12,348.86 |
| 09/08/14 | 109 | American Express Bank FSB<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Distribution | | | $7,738.01 | $4,610.85 |
| | | American Express Bank FSB | Final distribution to claim 7 ($1,738.19) representing a payment of 15.75 % per court order. | 7100-000 | | | |
| | | American Express Bank FSB | Final distribution to claim 8 ($5,999.82) representing a payment of 15.75 % per court order. | 7100-000 | | | |
| 09/08/14 | 110 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 9 representing a payment of 15.75 % per court order. | 7100-000 | | $171.57 | $4,439.28 |
| 09/08/14 | 111 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 10 representing a payment of 15.75 % per court order. | 7100-000 | | $4,439.28 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $84,000.00 | $84,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $84,000.00 | $84,000.00 |

Page Subtotals:    $0.00    $12,684.35

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $84,000.00 | $84,000.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3812 - Checking | $84,000.00 | $84,000.00 | $0.00 |
| | $84,000.00 | $84,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $602,000.00 |
| Total Net Deposits: | $84,000.00 |
| Total Gross Receipts: | $686,000.00 |